UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-21-D1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| PAUL STEPHEN PEARSALL | |

On motion of the Defendant, Paul Stephen Pearsall, and for good cause shown, it is hereby ORDERED that DE 39 be sealed until further notice by this Court.

**SO ORDERED. This _ll_ day of October 2020.**

JAMES C. DEVER III
**United States District Judge**